JS-6

FILED
CLERK, U.S. DISTRICT COURT
6/23/15
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON OVERHOLSER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | Case No. 2:14-cv-09796-GHK-SH<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO DISMISS** |

UPON STIPULTION of the parties and good cause showing, it is hereby ordered that pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*:

1. Plaintiff's individual claims are hereby dismissed with prejudice;

2. The putative class claims are hereby dismissed without prejudice; and;

3. Each Party shall bear its own fees and costs incurred.

IT IS SO ORDERED.

Date: ___6/23/15___     By:_____

Hon. George H. King,
Chief United States District Judge

1
**ORDER**